Peter A. Walker
Lori M. Meyers
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

*Attorneys For Defendants*
*Eagle Open Kitchen, LLC, Robert Berk,*
*Derek Danton And Oscar Pentalosa*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| CLECIO LIRA, individually and on behalf of others similarly situated | : : : | No. 14-CV-2356 (KBF) |
| Plaintiff, | : : : | **NOTICE OF APPEARANCE** |
| against | : : | |
| EAGLE OPEN KITCHEN, LLC, ROBERT BERK, DEREK DANTON AND OSCAR PENTALOSA | : : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that Peter A. Walker of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for Defendants, Eagle Open Kitchen, LLC, Robert Berk, Derek Danton and Oscar Pentalosa (the "Defendants") in the above-captioned matter. Peter A. Walker hereby certifies that he is admitted to practice in this Court.

17188763v.1

Dated: New York, New York
       April 29, 2014

                                        Respectfully submitted,
                                        SEYFARTH SHAW LLP

                                        By   s/Peter A. Walker
                                            Peter A. Walker
                                        620 Eighth Avenue, 32nd Floor
                                        New York, New York 10018-1405
                                        Main Office Number:  (212) 218-5500
                                        Main Fax Number:  (212) 218-5526
                                        pwalker@seyfarth.com
                                        *Attorney for the Defendants*

## CERTIFICATION OF SERVICE

I hereby certify that on April 29, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following.

>Alan Serrins, Esq.
>Michael Taubenfeld, Esq.
>Serrins Fisher LLP
>233 Broadway, Suite 2340
>New York, New York 10279
>
>*Attorneys for Plaintiff*

>  s/Peter A. Walker
>    Peter A. Walker

17188763v.1