Peter A. Walker
Lori M. Meyers
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

*Attorneys For Defendants*
*Eagle Open Kitchen, LLC, Robert Berk,*
*Derek Danton And Oscar Pentalosa*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CLECIO LIRA, individually and on behalf of others similarly situated

    Plaintiff,

v.

EAGLE OPEN KITCHEN, LLC, ROBERT BERK, DEREK DANTON AND OSCAR PENTALOSA

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 14-CV-2356 (KBF)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Lori M. Meyers of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters her appearance as attorney for Defendants, Eagle Open Kitchen, LLC, Robert Berk, Derek Danton and Oscar Pentalosa (the "Defendants") in the above-captioned matter. Lori M. Meyers hereby certifies that she is admitted to practice in this Court.

17190154v.1

Dated: New York, New York
       April 29, 2014

Respectfully submitted,
SEYFARTH SHAW LLP

By <u>    s/Lori M. Meyers    </u>
   Lori M. Meyers
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Main Office Number: (212) 218-5500
Main Fax Number: (212) 218-5526
lmeyers@seyfarth.com
*Attorney for the Defendants*

2

17190154v.1

## CERTIFICATION OF SERVICE

I hereby certify that on April 29, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following.

>Alan Serrins, Esq.
>Michael Taubenfeld, Esq.
>Serrins Fisher LLP
>233 Broadway, Suite 2340
>New York, New York 10279
>
>*Attorneys for Plaintiff*

>    s/Lori M. Meyers
>        Lori M. Meyers

17190154v.1